UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated,* <br><br> Plaintiff, <br><br> -v.- <br><br> GRIMM ALES LLC, <br><br> Defendant. | 20 Civ. 373 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    This case was initiated by the filing of a complaint on January 15, 2020. (Dkt. #1). On January 28, 2020, the Court scheduled an initial pretrial conference in this matter for April 15, 2020. (Dkt. #6). On March 13, 2020, Defendant filed a pre-motion letter indicating its intent to file a motion to dismiss the complaint. (Dkt. #13). On March 20, 2020, the Court endorsed the letter, and ordered Plaintiff to respond by April 1, 2020. (Dkt. #15). Plaintiff has not responded to date. Accordingly, the initial pretrial conference, previously scheduled for April 15, 2020, is hereby ADJOURNED *sine die.*

    Plaintiff is hereby ORDERED to respond to Defendant's pre-motion letter on or before **April 17, 2020**. The Court will schedule a pre-motion conference once it is in receipt of Plaintiff's response to the contents of Defendant's pre-motion letter.

SO ORDERED.

Dated: April 13, 2020
         New York, New York

                                                  KATHERINE POLK FAILLA
                                                 United States District Judge